# STATE OF NEW JERSEY
## NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20240023033

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Shelsie Brittany Datilus |
| 1b. Also Known As (AKA) | |
| 2. Sex | Female |
| 3. Social Security Number | [redacted] |
| 4a. Age | 35 Years |
| 5. Date of Birth | [redacted] |
| 6. Birthplace | Elizabeth, New Jersey |
| 7a. Residence-State | New Jersey |
| 7b. County | Essex |
| 7c. Municipality/City | East Orange City |
| 7d. Street and Number | [redacted] |
| 7e. Apt No. | |
| 7f. Zip Code | 07018 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates | |
| 9. Domestic Status at Time of Death | Single/Never Married |
| 10. Name of Surviving Spouse/Partner | |
| 11. Father's Name | Levelt Datilus |
| 12. Mother's Name Prior to First Marriage | Myriam Jean |
| 13a. Name of Informant | Myriam Jean |
| 13b. Relationship to Decedent | Mother |
| 13c. Mailing Address | [redacted] |
| 14. Method of Disposition | Entombment |
| 15. Place of Disposition | Hollywood Memorial Park |
| 16. Location - City & State/Foreign Country | Union Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Island Memorial Funeral Home, LLC, 49 South Munn Avenue, East Orange, NJ 07018 |
| 18. Electronic Signature of Funeral Director | Geidy A Saint Amand |
| 19. NJ License Number | 23JP00530100 |
| 20. Decedent Education | Associate degree (AA, AS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Black or African American; Other Race: Haitian, West-Indian |
| 23. Occupation of Decedent | Commerce |
| 24. Kind of Business/Industry | Entrepreneur |
| 25. Name and Address of Last Employer | Unknown, Unknown, Unknown |
| 26. Date Pronounced Dead | 04/07/2024 |
| 28. Name of Person Pronouncing Death | Maham Suhail |
| 27. Time Pronounced Dead | 0725 |
| 29. License Number | Medical Resident |
| 30. Date Signed | 04/07/2024 |
| 31. Date of Death | 04/07/2024 |
| 32. Time of Death | 0725 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Hospital: Inpatient |
| 35a. Facility Name | Newark Beth Israel Medical Center |
| 35b. Municipality | Newark City |
| 35c. County | Essex |

**36a. PART I - CAUSE OF DEATH**

| Line | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Cardiac arrest | few days |
| b. Due to | ARDS | few hours |
| c. Due to | Influenza | unknown |
| d. Due to | Bacteremia | unknown |

| Field | Value |
|---|---|
| 36b. PART II | |
| 37. Was an Autopsy Performed? | Yes |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Unknown |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | Yes |
| 48. Did Tobacco Use Contribute to Death? | No |
| 49. If Female, Pregnancy State | Not pregnant within the past year |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Nitasa Sahu, 246 Espanong Rd, Lake Hopatcong, NJ 07849 |
| 52. Electronic Signature of Certifier | Nitasa Sahu |
| 53. License Number | 25MA10017700 |
| 54. Date Certified | 04/07/2024 |
| 55. Electronic Signature of Local Registrar | Frances Pitts-Tubbs |
| 56. District No. | V0724 |
| 57. Date Received | 04/19/2024 |
| Case ID Number | 2554143 |

**DATE ISSUED:** April 25, 2024

**ISSUED BY:**

Record Contains Amendment: ☐